No. 9285.

## PARKER v. GODDARD.

TAX SALE.—*Complaint to Enforce Lien.*—A complaint to enforce a lien against land sold for delinquent taxes for the amount paid by the purchaser at a tax sale, which shows that the real estate owned by the defendant was subject to taxation, was listed for taxes, was sold for taxes, and purchased by the plaintiff, is sufficient to show that the sale gave the plaintiff a lien for the money paid, and the penalty prescribed by statute ; it is not necessary to show a valid sale.

Parker v. Goddard.

;SAME.—*Defective Description.*—*Lien.*—Where in such case the evidence shows that the land sold was owned by the defendant, was intended to be listed, that the taxes paid by the plaintiff were intended to be charged against that land, and that they should have been paid by the defendant, a defective description of the real estate will not defeat the lien.

From the Decatur Circuit Court.

*C. Ewing, J. K. Ewing, S. A. Huff* and *G. W. Galvin*, for appellant.

*W. H. Goddard, W. A. Moore* and *B. F. Bennett*, for appellee.

ELLIOTT, C. J.—The third paragraph of the appellee's complaint shows that real estate owned by the appellant was subject to taxation, was listed for taxes, was sold for taxes and purchased by appellee. The facts stated clearly show that the sale gave the appellee a lien for the money paid by him and the penalty prescribed by statute. It is not necessary that the complaint should have shown a valid sale, for, although a tax sale is insufficient to carry title, the purchaser has a right to enforce a lien against the land. *Sloan* v. *Sewell, ante,* p. 180, and authorities cited.

The evidence shows that there was some inaccuracy in the description of the land, but this does not entitle appellant to escape payment of taxes upon property which he actually owned. It clearly appears that the land owned by him was intended to be listed; that the taxes paid by appellee were intended to be charged against that land, and that they should have been paid by him. In such a case, a defective description will not defeat the lien, although it may, perhaps, prevent the acquisition of title. *Cooper* v. *Jackson*, 71 Ind. 244; *Sloan* v. *Sewell, supra.*

Judgment affirmed.